Oliver Bibbs, Appellee, v. Joseph Dorsey et al., Defendants.
Appeal of C. H. Cobbs, Appellant.

Gen. No. 45,003.

Heard in the first division, first district, this court at the December term, 1949. Bernard Allen Fried, for appellant; Irwin W. Esko and George H. Litow,

of counsel; C. Jerome Bishop, for appellee; Howard C. Goldman, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.